[Civ. No. 6677. First Appellate District, Division One.—January 29, 1930.]

FIRST NATIONAL BANK OF FINDLAY (a Corporation), Appellant, v. HOMER S. TERRY, Respondent.

Dunn, White & Aiken and Hamilton Wright for Appellant.

Fitzgerald, Abbott & Beardsley for Respondent.

THE Appellant makes application, under the provisions of rule XXXVIII of the Supreme Court and the District Courts of Appeal, for an order permitting the taking of additional evidence in the above-entitled cause. The merits of the application have been discussed and determined in the decision this day filed (*ante*, p. 501 [285 Pac. 336]) affirming the judgment on appeal. For the reasons and upon the grounds therein stated, the application is denied.